**People of the State of Illinois, Plaintiff-Appellee,
v. Johnny Wright, Defendant-Appellant.**

**Gen. No. 50,592.** 

First District, Second Division.

June 21, 1966.

Jack Ring, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Carmen Speranza, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**